FILED

03/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0056

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0056

STATE OF MONTANA,

Plaintiff and Appellee,

vs.

CHAD JEROME WOLFCHILD,

Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until May 3, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 26 2024